JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Facsimile: (415) 744-0134
E-Mail: Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN RENEE TURNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case 3:24-cv-00121-ART-CLB<br><br>ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>(*FIRST REQUEST*) |

　　　　Defendant, the Commissioner of Social Security, respectfully requests an extension of 30 days in which to respond to Plaintiff's Motion to Remand (ECF No. 15), filed on July 8, 2024, changing the date on which Defendant's response is due to from August 7, 2024, to September 5, 2024. This is Defendant's first request for an extension to respond to Plaintiff's motion. Counsel for Defendant conferred with a representative for counsel for Plaintiff on August 7, 2024, and confirmed that Plaintiff has no objection to this request.

　　　　Defendant makes this request in good faith and for good cause. I request this extension in order to further consider the 1097-page administrative record in light of the two issues raised in Plaintiff's motion. While I have been diligently trying to complete the review of this case file, I additionally have had several briefs due in recent days. In the next month, I have seven more briefs

due in various district courts of the Ninth Circuit, including this one. Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this and my other matters.

  For these reasons, the Commissioner respectfully requests that the Court grant this motion for an extension of 30 days for Defendant to respond to Plaintiff's Opening Brief.

DATED August 7, 2024.   Respectfully submitted,

JASON M. FRIERSON
United States Attorney

s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant


IT IS SO ORDERED:

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED:  August 7, 2024.